UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BRIDGETTE, | ) Case No. CV 16-2733-SJO (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| WARDEN D. ASUNCION, | ) |
| Respondent. | ) |

Under the Order Summarily Dismissing Petition for Writ of Error Coram Nobis,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 29, 2016

*S. James Otero*
S. JAMES OTERO
U.S. DISTRICT JUDGE